IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, Author, Civil Rights Leader (Bower); <br><br> Plaintiff, <br><br> vs. <br><br> PETE RICKETTS, Governor of Nebraska; LT. GOVENOR OF NEBRASKA, TONY VARGAS, Senator; JUSTIN WAYNE, Senator; MIKE FLOOD, Senator; ANNA WISHART, Senator; PATTY PANSINGBROOKS, Senator; KATE BOWLS, Senator; MARVEN DORN, Senator; BRAD ASHFORD, Senator; JOHN CAVANAUGH, Senator; JOHN STINNER, Senator; MIKE GROANE, Senator; TERREL MCKENNY, Senator; MCCALLISTER, Senator; MACHALA CAVANAUGH, Senator; GUIEST, Senator; LEGAL AID FOR EACH INDIVIDUAL SENATOR, REPUBLICAN PARTY OF NEBRASKA STATE SENATE, DEMOCRADIC PARTY OF NEBRASKA STATE SENATE, CENSORSHIP COMITTE BOARD, NEBRASKAS STATE PARDONS BOARD, YOUNG REPUBLICANS ORGINIZATION OF NEBRASKA, PAUL HAMMAL, Omaha World Harold; JOANN YOUNG, Lincoln Journal Star; DEVELOPMENTAL DISABILITY SERVICES, DEPARTMENT OF HEALTH & HUMAN SERVICES, CITY OF LINCOLN, LINCOLN CITY LIBRARIES, DRUE L. BOWER, BRENDA STINSON, and JEVON WOODS, <br><br> Defendants. | **8:21CV165** <br><br><br> **ORDER** |

This matter is before the court on its own motion. Plaintiff filed a Complaint (Filing 1) on April 21, 2021. However, Plaintiff failed to include the $402.00 filing and administrative fees. Plaintiff has the choice of either submitting the $402.00 filing and

administrative fees to the clerk's office or submitting a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $402.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: May 27, 2021: Check for MIFP or payment.

Dated this 27th day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge