# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, Author, Civil Rights Leader (Bower);<br><br>Plaintiff,<br><br>vs.<br><br>PETE RICKETTS, Governor of Nebraska; LT. GOVENOR OF NEBRASKA, TONY VARGAS, Senator; JUSTIN WAYNE, Senator; MIKE FLOOD, Senator; ANNA WISHART, Senator; PATTY PANSINGBROOKS, Senator; KATE BOWLS, Senator; MARVEN DORN, Senator; BRAD ASHFORD, Senator; JOHN CAVANAUGH, Senator; JOHN STINNER, Senator; MIKE GROANE, Senator; TERREL MCKENNY, Senator; MCCALLISTER, Senator; MACHALA CAVANAUGH, Senator; GUIEST, Senator; LEGAL AID FOR EACH INDIVIDUAL SENATOR, REPUBLICAN PARTY OF NEBRASKA STATE SENATE, DEMOCRADIC PARTY OF NEBRASKA STATE SENATE, CENSORSHIP COMITTE BOARD, NEBRASKAS STATE PARDONS BOARD, YOUNG REPUBLICANS ORGINIZATION OF NEBRASKA, PAUL HAMMAL, Omaha World Harold; JOANN YOUNG, Lincoln Journal Star; DEVELOPMENTAL DISABILITY SERVICES, DEPARTMENT OF HEALTH & HUMAN SERVICES, CITY OF LINCOLN, LINCOLN CITY LIBRARIES, DRUE L. BOWER, BRENDA STINSON, and JEVON WOODS,<br><br>Defendants. | **8:21CV165**<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's Application to Proceed In Forma Pauperis (Filing 9) is denied as moot. *See* Filing 8.

Dated this 4th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge