IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, Author, Civil Rights Leader (Bower);<br><br>Plaintiff,<br><br>vs.<br><br>PETE RICKETTS, Govenor of Nebraska; LT. GOVENOR OF NEBRASKA, TONY VARGAS, Senator; JUSTIN WAYNE, Senator; MIKE FLOOD, Senator; ANNA WISHART, Senator; PATTY PANSINGBROOKS, Senator; KATE BOWLS, Senator; MARVEN DORN, Senator; BRAD ASHFORD, Senator; JOHN CAVANAUGH, Senator; JOHN STINNER, Senator; MIKE GROANE, Senator; TERREL MCKENNY, Senator; MCCALLISTER, Senator; MACHALA CAVANAUGH, Senator; GUIEST, Senator; LEGAL AID FOR EACH INDIVIDUAL SENATOR, REPUBLICAN PARTY OF NEBRASKA STATE SENATE, DEMOCRADIC PARTY OF NEBRASKA STATE SENATE, CENSORSHIP COMITTE BOARD, NEBRASKAS STATE PARDONS BOARD, YOUNG REPUBLICANS ORGINIZATION OF NEBRASKA, PAUL HAMMAL, Omaha World Harold; JOANN YOUNG, Lincoln Journal Star; DEVELOPMENTAL DISABILITY SERVICES, DEPARTMENT OF HEALTH & HUMAN SERVICES, CITY OF LINCOLN, LINCOLN CITY | 8:21CV165<br><br><br>**MEMORANDUM AND ORDER** |

LIBRARIES, DRUE L. BOWER, BRENDA STINSON, and JEVON WOODS,

            Defendants.

On August 30, 2021, the court ordered Plaintiff to file an amended complaint by October 1, 2021. (Filing 12.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 12 at CM/ECF p. 10.) To date, Plaintiff has not filed an amended complaint, as ordered.

    IT IS THEREFORE ORDERED:

    1.    This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

    2.    Judgment shall be entered by separate document.

    DATED this 7th day of October, 2021.

                                    BY THE COURT:

                                    *Richard G. Kopf*

                                    Richard G. Kopf
                                    Senior United States District Judge