IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, Author, Civil Rights Leader (Bower);<br><br>Plaintiff,<br><br>vs.<br><br>PETE RICKETTS, Govenor of Nebraska; LT. GOVENOR OF NEBRASKA, TONY VARGAS, Senator; JUSTIN WAYNE, Senator; MIKE FLOOD, Senator; ANNA WISHART, Senator; PATTY PANSINGBROOKS, Senator; KATE BOWLS, Senator; MARVEN DORN, Senator; BRAD ASHFORD, Senator; JOHN CAVANAUGH, Senator; JOHN STINNER, Senator; MIKE GROANE, Senator; TERREL MCKENNY, Senator; MCCALLISTER, Senator; MACHALA CAVANAUGH, Senator; GUIEST, Senator; LEGAL AID FOR EACH INDIVIDUAL SENATOR, REPUBLICAN PARTY OF NEBRASKA STATE SENATE, DEMOCRADIC PARTY OF NEBRASKA STATE SENATE, CENSORSHIP COMITTE BOARD, NEBRASKAS STATE PARDONS BOARD, YOUNG REPUBLICANS ORGINIZATION OF NEBRASKA, PAUL HAMMAL, Omaha World Harold; JOANN YOUNG, Lincoln Journal Star; DEVELOPMENTAL DISABILITY SERVICES, DEPARTMENT OF HEALTH & HUMAN SERVICES, CITY OF LINCOLN, LINCOLN CITY | 8:21CV165<br><br><br>MEMORANDUM<br>AND ORDER |

LIBRARIES, DRUE L. BOWER, BRENDA STINSON, and JEVON WOODS,

Defendants.

Plaintiff has filed a Motion for Copies (Filing 16) in this closed case. He requests copies of 15 pages of documents dated October 7, 2021. There are not 15 pages of documents dated October 7, 2021, in the electronic court file for this case. Rather, there is a Memorandum and Order (Filing 14) consisting of two pages and a Judgment (Filing 15) consisting of three pages, both of which were mailed to Plaintiff by the Clerk of Court. Furthermore, the statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. *See* 28 U.S.C. § 1915. If Plaintiff requires copies of court documents, he should contact the Clerk's office to determine the proper method of requesting and paying for copies.

Plaintiff's Motion also complains about cases he has pending in the Lancaster County courts. Plaintiff should direct his questions to that court, as this court has no authority over Lancaster County court procedures or individual cases.

IT IS ORDERED that Plaintiff's Motion for Copies (Filing 16) is denied.

DATED this 26th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge